**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jose ARREDONDO, a.k.a. Jose
Guadalupe Arredondo,
Defendant-Appellant.**

No. 17-50078

United States Court of Appeals,
Ninth Circuit.

Submitted December 18, 2017 *

Filed December 20, 2017

Gregory Shepherd Scally, Assistant U.S. Attorney, Office of the U.S. Attorney, Santa Ana, CA, L. Ashley Aull, Assistant U.S. Attorney, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Jose Arredondo, Pro Se

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Jose Arredondo appeals from the district court's judgment and challenges his guilty-plea convictions and 168-month concurrent sentences for distribution of methamphetamine and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arredondo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arredondo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.